IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION NO. 7:24-CV-00992-FL

| | |
|---|---|
| MARSHALL MACKLER, HILARY MACKLER, and ARI FUCHS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) **ORDER** |
| SME, INC. USA; DAVID L. ROUEN, JR.; and DAVID L. ROUEN, III; | ) ) ) ) |
| Defendants. | ) ) |

**AND NOW,** this 25th day of October, 2024, upon consideration of Plaintiffs' Request for Expedited Relief in the Form of a Motion to Stay Briefing on Defendants' Motions Until Plaintiff's Motion to Remand is Resolved, it is hereby **ORDERED** that the Plaintiffs' Motion is **GRANTED**. No further briefing on Defendants' Motion for Costs, Fees, and Stay (ECF 8) or Defendants' Motion to Dismiss (ECF 10) shall be required until Plaintiffs' Motion to Remand is resolved by order of the Court. If Plaintiffs' Motion to Remand is denied, a scheduling order will be imposed for further briefing on Defendants' Motions.

BY THE COURT:

_____
LOUISE W. FLANAGAN
United States District Judge